# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 131ST JUDICIAL DISTRICT COURT OF BEXAR COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on February 19, 2014, the cause upon appeal to revise or reverse your judgment between

The City of San Antonio, Appellant

V.

The Rogers Shavano Ranch, Ltd., Rogers 1604 Commercial, Ltd., Bitterblue, Inc., and Denton Development Corporation, Appellee

No. 04-13-00623-CV and Tr. Ct. No. 2006-CI-14306

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, the order of the trial court is REVERSED, and the claim by the appellees against the City of San Antonio for attorney's fees is DISMISSED. It is ORDERED that the appellant recover its costs of this appeal from the appellees.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on October 14, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

# BILL OF COSTS

# TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-13-00623-CV

**The City of San Antonio**

**v.**

**The Rogers Shavano Ranch, Ltd., Rogers 1604 Commercial, Ltd., Bitterblue, Inc., and Denton Development Corporation**

(NO. 2006-CI-14306 IN 131ST JUDICIAL DISTRICT COURT OF BEXAR COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| FEES FOR SHIPPING CASES TO S.C. OR CCA | $25.00 | PAID | ALEXANDER DUBOSE |
| MOTION FEE | $10.00 | E-PAID | DAN POZZA |
| REPORTER'S RECORD | $78.00 | PAID | MARK MURRAY |
| MOTION FEE | $10.00 | E-PAID | STEPHEN MURRAY |
| CLERK'S RECORD | $1,003.00 | PAID | |
| SUPPLEMENTAL CLERK'S RECORD | $0.00 | UNKNOWN | |
| MOTION FEE | $10.00 | E-PAID | DANIEL POZZA |
| REPORTER'S RECORD | $210.00 | PAID | MARY HELEN VARGAS |
| FILING | $100.00 | E-PAID | JOSE R. HINOJOSA |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | E-PAID | JOSE R. HINOJOSA |
| STATEWIDE EFILING FEE | $20.00 | E-PAID | JOSE R. HINOJOSA |
| INDIGENT | $25.00 | E-PAID | JOSE R. HINOJOSA |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas:  0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this October 14, 2015.



**KEITH E. HOTTLE, CLERK**

*Cynthia A Martinez*

Cynthia A. Martinez
Deputy Clerk, Ext. 53853